IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
vs. )
)
ROBERTO TANTAO )

CR.No. CR 07 050 S

In violation of 18 U.S.C.
§ 922(g)(1)

FILED
APR 4 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

On or about March 20, 2007, in the District of Rhode Island, the defendant ROBERTO TANTAO, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Davis Industries .380 caliber handgun, serial number AP 371542

In violation of 18 U.S.C. § 922(g)(1)

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

Date: 4-4-07

STEPHEN G. DAMBRUCH
Chief, Criminal Division