AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Rhode Island

## APPEARANCE

CASE NUMBER: CR 07-050 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Roberto Tantao

17 May 2007
Date

[signature]
Signature

JOHN F CICILLINE
Print Name

381 ATWELLS AV
Address

PROV RI 02909
City State Zip Code

401 273 5600
Phone Number

FILED IN OPEN COURT
5/17/2007
9:25AM
WAG